UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VICTOR BARNES II and SHAWN MCBRIDE, Individually and on behalf of of all others similarly situated | § § § § | |
| *Plaintiffs*, | § | Civil Action No. 2:18-CV-140 |
| v. | § § | |
| GRACIA MEXICAN KITCHEN, LLC, MATTHEW L HOEG, DAVID MARTINEZ, ADRIAN HEMBREE, and PASTA COMPANY Ltd. | § § § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § | COLLECTIVE ACTION |

## NOTICE OF SETTLMENT

Plaintiffs Victor Barnes II and Shawn McBride, and Defendants Gracia Mexican Kitchen, LLC, Matthew L. Hoeg, David Martinez, Adrian Hembree, and Pasta Company Ltd. (collectively, "the Parties") have reached an amicable resolution of this matter. The Parties request thirty (30) days to file the appropriate documents with this Court.

1

Date: March 11, 2020          Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By:     /s/ *Clif Alexander*
          **Clif Alexander**
          Federal I.D. No. 1138436
          Texas Bar No. 24064805
          clif@a2xlaw.com
          **Austin W. Anderson**
          Federal I.D. No. 777114
          Texas Bar No. 24045189
          austin@a2xlaw.com
          **Lauren E. Braddy**
          Federal I.D. No. 1122168
          Texas Bar No. 24071993
          lauren@a2xlaw.com
          **Alan Clifton Gordon**
          Federal I.D. No. 19259
          Texas Bar No. 00793838
          cgordon@a2xlaw.com
          **Carter T. Hastings**
          Federal I.D. No. 3101064
          Texas Bar No. 24101879
          carter@a2xlaw.com
          819 N. Upper Broadway
          Corpus Christi, Texas 78401
          Telephone: (361) 452-1279
          Facsimile: (361) 452-1284

          ***Attorneys in Charge for Plaintiffs and the Putative Class Members***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ <i>Clif Alexander</i><br>
Clif Alexander