Case 2:18-cv-00140   Document 159   Filed on 05/15/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 15, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VICTOR BARNES, II and SHAWN MCBRIDE, Individually and on behalf of of all others similarly situated | § § § § | |
| *Plaintiffs*, | § | Civil Action No. 2:18-CV-140 |
| v. | § § | |
| GRACIA MEXICAN KITCHEN, LLC, MATTHEW L. HOEG, DAVID MARTINEZ, ADRIAN HEMBREE, and PASTA COMPANY, Ltd. | § § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | COLLECTIVE ACTION |

**ORDER APPROVING MOTION FOR APPROVAL OF
SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Pending before this Court is the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice ("Motion"). Having considered the Parties' Motion, and having found that the Parties' settlement is fair and equitable, the Court determines that the Parties' Motion should be GRANTED in all respects. Therefore, the Court ORDERS that the Parties' settlement is approved and that this action is dismissed in its entirety, with prejudice.

Plaintiffs shall file a Motion for Attorneys' Fees and Costs, pursuant to Federal Rule of Civil Procedure 54(d), within fourteen (14) days of the entry of this order.

Signed on this 15th day of May, 2020.

_____
HON. DAVID S. MORALES
UNITED STATES DISTRICT JUDGE